## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIWANN TYER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02001-TJK |
| | ) |
| **DOORDASH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

UPON CONSIDERATION of the Defendants DoorDash, Inc.'s Motion to Dismiss the, any opposition thereto, and for good cause shown, it is by this Court this _____ day of _____, 2025, hereby

**ORDERED** that Defendant DoorDash, Inc.'s Motion to Dismiss is **GRANTED**, and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

_____
Hon.  Timothy J. Kelly
United States District Judge

10